**NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER**

**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-20-0000377**
**15-MAR-2021**
**09:12 AM**
**Dkt. 123 OAWST**

NO. CAAP-20-0000377

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

COUNTY OF MAUI, Plaintiff-Appellee, v.
RICK MARKHAM; NORTH SHORE MAUI, LLC, Defendants-Appellants,
JOHN DOES 1-10; JANE DOES 1-10; DOE COMPANIES 1-10;
DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10;
AND/OR OTHER DOE ENTITIES 1-10, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CIVIL NO. 17-1-0000384(2))

ORDER APPROVING STIPULATION FOR DISMISSAL OF APPEAL
(By: Hiraoka, Presiding Judge, Wadsworth and Nakasone, JJ.)

Upon consideration of the Stipulation for Dismissal of Appeal, filed March 10, 2021, by Defendant-Appellant Rick Markham, the papers in support, and the record, it appears that (1) the appeal has been docketed; (2) the parties stipulate to dismiss the appeal; (3) the stipulation is dated and signed by counsel for all parties appearing in the appeal; and (4) dismissal is authorized by Hawai'i Rules of Appellate Procedure Rule 42(b).

Therefore, IT IS HEREBY ORDERED that the Stipulation for Dismissal of Appeal is approved and the appeal is dismissed.

IT IS FURTHER ORDERED that all pending motions are dismissed.

DATED: Honolulu, Hawai'i, March 15, 2021.

/s/ Keith K. Hiraoka
Presiding Judge

/s/ Clyde J. Wadsworth
Associate Judge

/s/ Karen T. Nakasone
Associate Judge